**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **JOHN DOE** | * | |
| | * | |
| | * | |
| **Plaintiff** | * | |
| | * | **Civil Case No.: SAG-26-02041** |
| **v.** | * | |
| | * | |
| **MARKWAYNE MULLIN,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

The Court may have some questions at the hearing relating to the criminal prosecution referenced in the Petitioner's filings. It is, this 30th day of July, 2026, ORDERED that AUSA Kenneth Sutherland Clark (or, if Mr. Clark is unavailable, the Criminal Chief for the United States Attorney's Office) be present at the upcoming hearing on August 4, 2026.

Date: July 30, 2026

                                              /s/

                                    Stephanie A. Gallagher
                                    United States District Judge